JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SACV 13-1379 AG (JPRx) | Date | September 9, 2013 |
|---|---|---|---|
| Title | COLFIN AI-CA4, LLC V. MARISOL CHAVEZ | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**   [IN CHAMBERS] ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION

Plaintiff Colfin AI-CA4, LLC ("Plaintiff") filed an unlawful detainer action against Defendant Marisol Chavez ("Defendant") in state court.  Defendant filed a Notice of Removal, removing the case to this Court.  The Court REMANDS the case to state court because the Court lacks subject matter jurisdiction over the case.

Defendant contends that the Court has diversity jurisdiction under 28 U.S.C. § 1332.  This argument fails because, among other reasons, Defendant has not alleged the citizenship of the parties.  *See Kanter v. Warner-Lamert Co.*, 265 F.3d 853, 857-58 (9th Cir. 2001) ("Failure to specify [a party's] state citizenship [is] fatal to [an] assertion of diversity jurisdiction.").

Defendant also contends that the Court has jurisdiction under 28 U.S.C. § 1343.  But Plaintiff has not stated, let alone shown, how this unlawful detainer action falls within the scope of § 1343.

In sum, none of Defendant's arguments support federal jurisdiction in this matter.

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 13-1379 AG (JPRx) | Date | September 9, 2013 |
|---|---|---|---|
| Title | COLFIN AI-CA4, LLC V. MARISOL CHAVEZ | | |

The Court reminds Defendant that "[s]peedy adjudication is desirable to prevent subjecting the landlord [or owner] to undeserved economic loss and the tenant to unmerited harassment and dispossession . . . ." *Lindsey v. Normet*, 405 U.S. 56, 73 (1972). Improper removal of unlawful detainer cases harms the concerns stated in *Lindsey*. Defendant is cautioned not to improperly seek federal jurisdiction, particularly for delay. *See Newman & Cahn, LLP v. Sharp*, 388 F. Supp. 2d 115, 119 (E.D.N.Y. 2005) (finding that a removal was "frivolous and unwarranted," but declining to order sanctions against the removing party "because she [was] pro se," though warning her "that the filing of another frivolous paper with the Court may result in monetary sanctions under Rule 11.").

The Court also notes that Defendant is representing herself without a lawyer. People who represent themselves in court without a lawyer are called "pro se litigants." Whether acting as plaintiffs or defendants, pro se litigants in federal court face special challenges. The Public Law Center runs a Federal Pro Se Clinic at the Santa Ana federal courthouse where pro se litigants can get free information and guidance. Visitors to the clinic must make an appointment by calling (714) 541-1010 (x222). The clinic is located in Room 1055 of the Ronald Reagan Federal Building and United States Courthouse, 411 W. 4th Street, Santa Ana, CA. For more information about the clinic, visit http://court.cacd.uscourts.gov/cacd/ProSe.nsf and select "Pro Se Clinic - Santa Ana."

**DISPOSITION**

Defendant has failed to establish that federal jurisdiction exists over this case. Thus, the case is REMANDED to the appropriate state court.

|  |  | : | 0 |
|---|---|---|---|
|  | Initials of Preparer | lmb |  |

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 13-1379 AG (JPRx) | Date | September 9, 2013 |
|---|---|---|---|
| Title | COLFIN AI-CA4, LLC V. MARISOL CHAVEZ | | |